Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: LStone@shookandstone.com

Attorneys for Plaintiff Saimalo Tusitino

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAIMALO TUSITINO,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:24-cv-01241-MDC<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER<br><br>(FIRST REQUEST) |

Plaintiff Saimalo Tusitino and Martin O'Malley, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from October 9, 2024 to November 13, 2024, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for

-1-

1  Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil
2  Procedure extended accordingly. This is Plaintiff's first request for an extension.
3  This request is made at the request of Plaintiff's counsel to allow additional time to
4  fully research the issues presented.

5  DATE: October 8, 2024          Respectfully submitted,

6                                 LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

7                                     /s/ *Marc V. Kalagian*
                           BY: _____
8                                 Marc V. Kalagian
                                  Attorney for plaintiff Saimalo Tusitino
9

10

11 DATE: October 8, 2024          JASON M. FRIERSON
                                  United States Attorney
12

13                                    /s/ *Franco L. Becia*

14                         BY: _____

15                                Franco L. Becia
                                  Special Assistant United States Attorney
16                                |*authorized by e-mail|

17
                                         ORDER
18
   DATE: 10-11-24
19
   IT IS SO ORDERED:
20
                                  THE HONORABLE MAXIMILIANO D.
21                                COUVILLIER, III
                                  UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:24-CV-01241-MDC**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 9, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____

-3-